IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STEVEN POWELL                                                                PLAINTIFF

V.                                       CIVIL ACTION NO.: 5:24-cv-00098-DCB-ASH

CITY OF MCCOMB, et al                                        DEFENDANTS

**ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE HAVING COME BEFORE** the Court on Plaintiff's [DKT 40] Unopposed Motion for Extension of Deadline to Respond to Defendant's Motion for Summary Judgment. The Municipal Defendant has no objection and the Court having considered the motion, finds it is well taken and should be granted.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the Plaintiff's Responsive Pleading to Municipal Defendant's Motion for Summary Judgment is extended until October 3, 2025.

**SO ORDERED,** this the 23rd day of September 2025.

                                                                    s/David Bramlette
                                                                    UNITED STATES DISTRICT JUDGE

LEEANN SLIPHER
Slipher Law
Attorney at Law
223 State Street
McComb, MS 39648
601-684-3200
601-684-3288 facsimile
MSBN: 106278
leeann@slipherlaw.com