IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**STEVE POWELL**                                                                                       Plaintiff

**VS.**                                         **CIVIL ACTION NO.: 5:24-CV-00098-DCB-ASH**

**CITY OF MCCOMB**                                                                              Defendant

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS SUMMARY JUDGMENT MOTION

**THIS CAUSE HAVING COME BEFORE** the Court on Defendant's Unopposed Motion for Extension of Time to File its Reply in Support of its Motion for Summary Judgment, and the Court having considered the motion, finds that it is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant, the City of McComb, is granted until October 21, 2025 to file its Reply in support of its motion for summary judgment.

**SO ORDERED**, this the 9th day of October, 2025.

                                            s/David Bramlette
                                            UNITED STATES DISTRICT JUDGE